UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEWSOM, et al.<br><br>　　　　　Defendants. | No.  2:24-cv-02552-DJC-CKD (PS)<br><br>ORDER |

Plaintiff has requested an extension of time. (ECF No. 9.)  The Court construes this as a request for an extension of time to file an amended complaint as ordered on March 12, 2025. (ECF No. 6.)  In light of plaintiff's recent transfer, the Court will sua sponte vacate the Findings and Recommendations issued on April 22, 2025 (ECF No. 7) and grant plaintiff thirty days to file an amended complaint.

In accordance with the above, IT IS ORDERED that:

1. Plaintiff's Request for An Extension (ECF No. 9) is GRANTED;
2. The Findings and Recommendations issued on April 22, 2025, are hereby VACATED;
3. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the requirements of the Federal Rules of Civil Procedure and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "First Amended Complaint"; failure to file an

1

amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

Dated:  June 20, 2025

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Ckd.rodr.2552.vacfr

2