1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     ARMANDO RODRIGUEZ,                          No.  2:24-cv-02552-DJC-CKD (PS)

12                 Plaintiff,

13           v.                                     FINDINGS AND RECOMMENDATIONS

14     GAVIN NEWSOM, et al.,

15                 Defendants.

16

17          By order filed June 20, 2025, plaintiff was granted thirty days to file an amended

18    complaint.  Plaintiff was informed that failure to file an amended complaint would result in a

19    recommendation of dismissal. (ECF No. 10.)  The thirty-day period has now expired, and

20    plaintiff has not filed an amended complaint nor otherwise responded to the court's order.

21          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

22    prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

23          These findings and recommendations are submitted to the United States District Judge

24    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

25    after being served with these findings and recommendations, any party may file written

26    objections with the court and serve a copy on all parties.  Such a document should be captioned

27    ////

28

                                                    1

1   "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

2   within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>

3   <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

4   Dated:  July 25, 2025

5                                                    _____
                                                     CAROLYN K. DELANEY
6                                                    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11   2/rodr2552.f&rs-fta

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28