UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO RODRIGUEZ, | No. 2:24-cv-02552-DJC-CKD (PS) |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action without counsel. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On July 25, 2025, the Magistrate Judge filed findings and recommendations herein which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. On August 25, 2025, the findings and recommendations were served on Plaintiff at his current address. Plaintiff did not timely file objections. The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

////

////

1

Accordingly, IT IS HEREBY ORDERED THAT:

1. The July 25, 2025 findings and recommendations (ECF No. 11) are adopted in full;
2. This action is dismissed without prejudice; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **October 2, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE